**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA M. SPEIGLE and MILES L. SPEIGLE, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA; WESTERN TITLE COMPANY; TRUSTEE CORPS; CENTRAL MORTGAGE COMPANY; SECURITY UNION TITLE INSURANCE COMPANY; SUSAN DANA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No. 3:11-cv-00335-LRH -VPC<br><br>**ORDER EXPUNGING NOTICE OF LIS PENDENS** |

Defendant, CENTRAL MORTGAGE COMPANY's Motion to Dismiss Complaint and Motion to Expunge Lis Pendens was filed and served on July 28, 2011. The matter having been fully briefed, it was submitted for ruling by the Court

The Court having considered the evidence and supporting documents, and good cause appearing therefore, rules as follows:

///

///

///

**IT IS HEREBY ORDERED** that the Notice of Lis Pendens relating to the real property located at 2860 Fairwood Drive, Reno, NV 89502, which was recorded on April 11, 2011 as Document No. 3992218 in the official records of the Washoe County Recorder's Office is hereby expunged as shall be of no further force or effect whatsoever.

**IT IS SO ORDERED.**

Dated: this 1st day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE