1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                    **DISTRICT OF NEVADA**

10   REBECCA M. SPEIGLE and MILES L.          Case No. 3:11-cv-00335-LRH -VPC
     SPEIGLE, wife and husband,
11
                    Plaintiffs,
12
         vs.
13
     FIRST NATIONAL BANK OF                    **ORDER EXPUNGING NOTICE OF  LIS**
14   NEVADA; WESTERN TITLE                     **PENDENS**
     COMPANY; TRUSTEE CORPS;
15   CENTRAL MORTGAGE COMPANY;
     SECURITY UNION TITLE
16   INSURANCE COMPANY; SUSAN
     DANA; and DOES 1-25
17   CORPORATIONS, DOES and ROES 1-
     25 Individuals, Partnerships, or anyone
18   claiming any interest to the property
     described in the action,
19
                    Defendants.
20

21          Defendant, CENTRAL MORTGAGE COMPANY's Motion to Dismiss Complaint and

22   Motion to Expunge Lis Pendens was filed and served on July 28, 2011.  The matter having been

23   fully briefed, it was submitted for ruling by the Court

24          The Court having considered the evidence and supporting documents, and good cause

25   appearing therefore, rules as follows:

26   ///

27   ///

28   ///

1       **IT IS HEREBY ORDERED** that the Notice of Lis Pendens relating to the real property

2  located at 2860 Fairwood Drive, Reno, NV  89502, which was recorded on April 11, 2011 as

3  Document No. 3992218 in the official records of the Washoe County Recorder's Office is

4  hereby expunged as shall be of no further force or effect whatsoever.

5       **IT IS SO ORDERED.**

6

7  Dated: this 1st day of March, 2012.

8

9                     _____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ORDER EXPUNGING NOTICE OF LIS PENDENS